| | |
|---|---|
| 1 | Elizabeth J. Cabraser (State Bar No. 083151) |
|   | ecabraser@lchb.com |
| 2 | Joseph R. Saveri (State Bar No. 130064) |
|   | jsaveri@lchb.com |
| 3 | Eric B. Fastiff (State Bar No. 182260) |
|   | efastiff@lchb.com |
| 4 | Paul A. Moore (State Bar No. 241157) |
|   | pmoore@lchb.com |
| 5 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|   | 275 Battery Street, 30th Floor |
| 6 | San Francisco, CA  94111-3339 |
|   | Telephone:  (415) 956-1000 |
| 7 | Facsimile:  (415) 956-1008 |

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARTAN DERMIJIAN on behalf of himself and all others similarly situated, | Case No.  C-06-6897 (CRB) |
| Plaintiff, | **CLASS ACTION** |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT VIRGIN AMERICA, INC.** |
| AMERICAN AIRLINES, INC., a Delaware corporation; AMR CORPORATION, a Delaware corporation; BRITISH AIRWAYS Plc, a United Kingdom corporation; UAL CORPORATION, a Delaware corporation; UNITED AIR LINES, INC., a Delaware corporation; VIRGIN AMERICA, INC., a Delaware corporation; and VIRGIN ATLANTIC AIRWAYS LIMITED, a United Kingdom corporation, | |
| Defendants. | |

578949.1
11/27/06 4:36 PM

DOCUMENT'S NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT VIRGIN AMERICA, INC.

1  Notice is hereby given pursuant to Federal Procedure 41(a)(1), Plaintiff Vartan
2  Dermijian voluntary dismisses the above-captioned action without prejudice against defendant
3  Virgin America, Inc.
4
5
6  Respectfully Submitted,
7  Dated: November __, 2006    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
8
9  By:_____
10              Eric B. Fastiff
11  Elizabeth J. Cabraser (State Bar No. 083151)
    ecabraser@lchb.com
12  Joseph R. Saveri (State Bar No. 130064)
    jsaveri@lchb.com
13  Eric B. Fastiff (State Bar No. 182260)
    efastiff@lchb.com
14  Paul A. Moore (State Bar No. 241157)
    pmoore@lchb.com
15  275 Battery Street, 30th Floor
    San Francisco, CA  94111-3339
16  Telephone:  (415) 956-1000
    Facsimile:  (415) 956-1008
17  *Attorneys for Plaintiff and the Proposed Class*
18
19
20
21  November 28, 2006
22
23
24
25
26
27
28

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

578949.1                    - 2 -    DOCUMENT'S NOTICE OF VOLUNTARY DISMISSAL
                                     OF DEFENDANT VIRGIN AMERICA, INC.